# EXHIBIT 1

Matthew Murphy Pro Per
1225 W. Main St. #101-310
Mesa, AZ 85201
(480) 201-4700

MICHAEL K. JEANES
Clerk of the Superior Court
By REGINA ROMERO, Deputy
Date 01/12/2010 Time 08:32:00
Description                    Amount
------- CASE# CV2010-090139 -------
CIVIL NEW COMPLAINT            301.00
                      TOTAL AMOUNT   301.00
              Receipt# 20279905

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MATTHEW MURPHY, | |
|        Plaintiff, | CASE NO: |
| v. | |
| PEARSON, PEARSON EDUCATION, | |
| PEARSON, INC., PEARSON, LLC, ET AL, | CV2010-090139 |
| AND | |
| GREGG DRIBEN | COMPLAINT |
| ELIZABETH SHAFFER, | |
| DENISE SCHAUMBERG, | (Tort – Non Motor Vehicle) |
| TIA FINN | |
| SHAWN HUMPHREY, | |
| KATIE FINNEY | |
| TRICIA LARSON | |
|        Defendants | |

Plaintiff, for his complaint against the Defendant(s) alleges as follows:

1.  Plaintiff is a resident of Maricopa County, Arizona.

2.  Plaintiff worked at Pearson located in Maricopa County, Arizona

3.  Defendant(s), excepting Gregg Driben and Elizabeth Shaffer, are an entity, or persons who work/worked in Maricopa County, Arizona.

4.  All matters and incidents relevant herein occurred in Maricopa County, Arizona. This Court has jurisdiction over this matter.

5.  At all material times, Plaintiff worked or was employed by Pearson.

- 1

6. On or about December 6, 2009 Plaintiff was terminated by Pearson upon returning from Active Duty Military Training for the Arizona Air National Guard.

7. Plaintiff notified Defendant or Defendant's representatives and/or his supervisors of pending duty and service six months prior to leave.

8. Plaintiff during his tenure at Pearson reported to the Human Resources Department multiple accounts of hostility from co-workers, defamatory statements, and accusations of misconduct.

9. Plaintiff was deliberately mislead by a Pearson Human Resources Manger creating a false police report and withholding facts from Plaintiff pertinent to his complaints.

10. Plaintiff's management made multiple comments and queries about Plaintiff's service in the military in reference of abandonment.

## COUNT ONE

### (Wrongful Termination)

11. Plaintiff hereby incorporates all allegations in the preceding paragraphs.

12. Defendant's termination of Plaintiff's employment was a deliberate act of retaliation for Plaintiff's service in the military. According to Federal protections 20 CFR 1002.248, it is the burden of the Defendant(s) to prove Plaintiff was not terminated or had his position eliminated in relation to Plaintiff's military service. Furthermore, under A.R.S. §§ 26-167 and 26-168 the Defendant(s) must also prove violations were not made in a discriminatory or prohibitive manner in relation to seniority rights and re-employment.

13. Defendant(s)' actions have caused Plaintiff to suffer damages.

## COUNT TWO

### (Defamation and Slander)

14. Plaintiff hereby incorporates all allegations in the preceding paragraphs.

15. The Defendant's wrongful termination created a negative stigma for seeking future employment resulting in several months of unemployment.

16. Defendants Shawn Humphrey, Katie Finney, Tricia Larson, Tia Finn, and Denise Schaumberg made comments to and about Plaintiff and other employees of a derogatory

- 2 -

nature or made false allegations of misconduct or other complaints to damage Plaintiff's reputation and working relationships.

17. The statements made by the defendants were false, were aware that they were false and made them with reckless disregard of their truth.

18. Defendants broadcasted statements to Plaintiff's immediate and higher ranking supervisors resulting in discipline until repeated actions showed supervisors the Defendants were maligning the Plaintiff and seeking to damage his reputation and position.

19. Plaintiff has been damaged by Defendants acts.

## COUNT THREE

### (Hostile Work Environment)

20. Plaintiff hereby incorporates all allegations in the preceding paragraphs.

21. Defendants conduct in making false statements and allegations or derogatory remarks were reported and documented with Human Resource management. Human Resource management failed to provide Plaintiff with a safe working environment and took part in promoting and adding to the hostility through derogatory comments and the use of the Plaintiff's protected personal information to manipulate several situations and hide misconduct of the harassing and hostile employees

22. Plaintiff has been damaged by Defendants acts.

## COUNT FOUR

### (Intentional Infliction of Emotional Distress)

23. Plaintiff hereby incorporates all allegations in the preceding paragraphs.

24. Defendants conduct in making false statements and allegations or derogatory remarks were extreme and outrageous and intended by the Defendants to cause Plaintiff to suffer emotional distress or were made in reckless disregard to the near certainty that such distress would result from his conduct and Plaintiff has suffered severe emotional distress as a result of the Defendants conduct and hostile environment.

25. Terminating Plaintiff after his high level of contribution to the company and subsequent return from service created a depressing and volatile economic situation for the Plaintiff resulting in severe emotional distress over providing for his family.

- 3

26. Defendants in Human Resources management used personal information about Plaintiff's family situation and strain from an acrimonious divorce to inflict additional emotional distress upon Plaintiff by using personal information against the Plaintiff.

27. Plaintiff has been damaged by Defendants acts.

## COUNT FIVE

### (Punitive Damages)

28. Plaintiff hereby incorporates all allegations in the preceding paragraphs.

29. All acts complained of herein were done by the Defendant(s) with the intent to harm and injure the Plaintiff, or the Defendant(s) pursued a course of conduct knowing that the conduct created a substantial risk or direct result of significant harm to the Plaintiff

30. Defendant(s) conduct in actions and statements were extreme, aggravated, and outrageous.

31. Plaintiff is entitled to punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant(s) as follows:

    1. For general and special damages in an amount to be proven at trial;

    2. For exemplary and punitive damages;

    3. For costs; and

    4. For such other relief the court deems just and proper.

**RESPECTFULLY SUBMITTED** this 12th day of January, 2010 by:

Matthew Murphy Pro-Per
1225 W. Main St. #101-310
Mesa, AZ 85201

ORIGINAL of the foregoing filed
this 12th day of January, 2010 with:

Clerk of Court
Maricopa County Superior Court
222 East Javelina Avenue

- 4

1    Mesa, Arizona 85210
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

1   Matthew Murphy Pro Per
    1225 W. Main St. #101-310
2   Mesa, AZ 85201
3   (480) 201-4700

**COPY**

JAN 12 2010

4              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

5                   IN AND FOR THE COUNTY OF MARICOPA



MICHAEL K. JEANES, CLERK
R. ROMERO
DEPUTY CLERK

6

7   MATTHEW MURPHY,

8            Plaintiff,                          CASE NO:

9   v.

10  PEARSON, PEARSON EDUCATION,

11  PEARSON, INC.; PEARSON, LLC, ET AL,          CV2010-090139

12  AND

13  GREGG DRIBEN

14  ELIZABETH SHAFFER,

15  DENISE SCHAUMBERG,               **CERTIFICAT OF COMPULSURY**

16  TIA FINN                         **ARBITRATION**

17  SHAWN HUMPHREY,

18  KATIE FINNEY

19  TRICIA LARSON

20           Defendants

21

22

23       Pursuant to 16 A.R.S. Rules of Civ. Proc., Rule 72, the undersigned certifies that he knows the

24  dollar limits and any other limitations set forth by the local rules of practice for the applicable superior

25  court, and further certifies that this case is not subject to compulsory arbitration, as provided by Rules 72

26  through 76 of the Arizona Rules of Civil Procedure.

27      **DATED** this 12th day of January, 2010 by:

28

29                                              Matthew Murphy Pro Per
                                                1225 W. Main St. #101-310
30                                              Mesa, AZ 85201

- 1

1   ORIGINAL of the foregoing filed

2   this 12th day of January, 2010 with:

3

4   Clerk of Court

5   Maricopa County Superior Court

6   222 East Javelina Avenue

7   Mesa, Arizona 85210

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

-2-

# The Judicial Branch of Arizona, Maricopa County

**Civil Court Case Information - Case History**

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2010-090139 | **Judge:** | Grant, L. |
| **File Date:** | 1/12/2010 | **Location:** | Southeast |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Matthew Murphy | Plaintiff | Male | Pro Per |
| Pearson | Defendant | | Pro Per |
| Pearson Education | Defendant | | Pro Per |
| Pearson Inc | Defendant | | Pro Per |
| Pearson L.L C | Defendant | | Pro Per |
| Gregg Driben | Defendant | Male | Pro Per |
| Elizabeth Shaffer | Defendant | Female | Pro Per |
| Denise Schaumberg | Defendant | Female | Pro Per |
| Tia Finn | Defendant | Female | Pro Per |
| Shawn Humphrey | Defendant | Unknown | Pro Per |
| Katie Finney | Defendant | Female | Pro Per |
| Tricia Larson | Defendant | Female | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 1/12/2010 | COM - Complaint | 1/13/2010 | Plaintiff(1) |
| 1/12/2010 | CCN - Cert Arbitration - Not Subject | 1/13/2010 | Plaintiff(1) |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

William R. Hayden (#005635)
Kathryn M. Hackett (#024698)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004
Telephone: (602) 382-6332
khackett@swlaw.com
Attorneys for Defendants

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MATTHEW MURPHY,<br><br>                    Plaintiff,<br><br>vs.<br><br>PEARSON, PEARSON EDUCATION,<br>PEARSON, INC., PEARSON, LLC, ET<br>AL,<br>AND<br>GREGG DRIBEN,<br>ELIZABETH SHAFFER,<br>DENISE SCHAUMBERG,<br>TIA FINN,<br>SHAWN HUMPHREY,<br>KATIE FINNEY,<br>TRICIA LARSON,<br><br>                    Defendants. | No. CV2010-090139<br><br>**NOTICE OF FILING PETITION FOR REMOVAL TO FEDERAL COURT**<br><br>Complaint Filed: 1/12/2010<br>Trial Date: None |

TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF ARIZONA FOR THE COUNTY OF MARICOPA AND TO PLAINTIFF MATTHEW MURPHY (PRO PER):

PLEASE TAKE NOTICE THAT on February 8, 2010, Defendants Pearson, Pearson Education, Pearson, Inc., Pearson LLC, Gregg Driben, Elizabeth Shaffer, Denise Schaumberg, Shawn Humphrey, and Katie Finney, pursuant to 28 U.S.C. §§ 1441 and 1446, petitioned for removal of the above-styled action from the Superior Court of Arizona, County of Maricopa, to the United States District Court for the District of Arizona.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E.   Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

11130982.1

1         Attached hereto as EXHIBIT "A" is a copy of the Notice of Removal which has

2    been filed in the United States District Court for the District of Arizona.

3         Pursuant to 28 U.S.C. § 1446(d), the filing of the aforesaid Notice of Removal in

4    the District Court, together with this Notice, effects the removal of this action, and this

5    Court may proceed no further unless and until the case is remanded.

6         RESPECTFULLY SUBMITTED this 8th day of February, 2010.

7                      SNELL & WILMER L.L.P.

8

9               By

10                  William R. Hayden
                    Kathryn M. Hackett

11                  One Arizona Center
                    400 E. Van Buren

12                  Phoenix, AZ  85004-2202
                    Attorneys for Defendants

13   ORIGINAL of the foregoing
     filed with the Clerk of the Court

14   this 8th day of February, 2010.

15

16   COPY mailed this 8th day
     of February, 2010, to:

17   Matthew Murphy, Pro Per
     1225 W. Main St. #101-310

18   Mesa, AZ  85201

19

20   *Joyce Baker*

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

11130982.1

- 2 -